# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 1:23-cv-15918 | **Court:** United States District Court Northern District of Illinois | **County:** | **Job:** 10035759 |
| **Plaintiff / Petitioner:** Kimberly Starling | | **Defendant / Respondent:** NEXLEVEL DIRECT, LLC KARNS & KARNS, LLP, AND ACCIDENT, LLC | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Paronich Law PC | |
| **To be served upon:** Accident, LLC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Ashley Rigano, Company: 501 Silverside Road Suite 102, Wilmington, DE 19809

**Manner of Service:** Registered Agent, Dec 5, 2023, 11:10 am EST

**Documents:** Summons in a Civil Case, Civil Cover Sheet, Jury Trial Demanded

**Additional Comments:**
1) Successful Attempt: Dec 5, 2023, 11:10 am EST at Company: 501 Silverside Road Suite 102, Wilmington, DE 19809 received by Ashley Rigano. Age: 30 - 40; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'6"; Hair: Blond; Relationship: Facility Manager;

12/5/23

Stephen Kempski — **Date**

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

12/5/23 — Feb 3, 2024

**Date** — **Commission Expires**

DELIA KEMPSKI
MY COMMISSION EXPIRES FEB 3, 2024
NOTARY PUBLIC
STATE OF DELAWARE