**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | : : : | Civil File No. 23-cv-15918 |
| Plaintiff, | : : : | |
| v. | : : : | |
| NEXLEVEL DIRECT LLC, KARNS & KARNS LLP, AND ACCIDENT LLC | : : : | |
| Defendants. | : | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*